**FILED**

AUG -3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00398-RS |
| Plaintiff, | [PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |
| v. | |
| SUI HANG WONG, | |
| Defendant. | |

The parties have jointly requested to continue the status date set for August 4, 2005 to

August 17, 2005 at 10:30 a.m. The parties request this continuance to allow additional time for

defense preparation. Good cause appearing, it is hereby ordered that the status date presently set

for August 4 is continued to August 17, 2005, at 10:30 a.m. It is further ordered that the time

from August 4 through August 17, 2005, shall be excluded under the Speedy Trial Act, 18 U.S.C.

§§ 3161(h)(8)(A) and (B)(iv).

Dated: August 3, 2005

RICHARD SEEBORG
United States Magistrate Judge